[No. 4425–II.   Division Two.   August 5, 1981.]

*In the Matter of the Marriage of* JOHN ARTHUR
FLINK, *Respondent, and* CAROL ANN
FLINK, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 68090, John H. Kirkwood, J., entered November 9, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.

[No. 4490–II.   Division Two.   August 5, 1981.]

*In the Matter of the Marriage of* MYUNG JA
JOHNSON, *Respondent, and* FRANKLIN E.
JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 240681, E. Albert Morrison, J., entered December 28, 1979. *Reversed* and *remanded* by unpublished opinion per Petrich, J., concurred in by Petrie, J., and Johnson, J. Pro Tem.

[Nos. 8467–4–I; 8743–6–I.   Division One.   August 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
F. HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89919, Gerard M. Shellan, J., entered January 29, 1980. *Affirmed as modified* by unpublished opinion per Callow, J., concurred in by Williams and Corbett, JJ.